IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Karen Sheedy,

        Plaintiff,

   v.                                    CIVIL ACTION NO. 03-cv-6394

City of Philadelphia,
John Timoney,
Sylvester Johnson,
William Holmes,
and Richard P. Gilly,

        Defendants.

## WRIT OF EXECUTION

**TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA:**

To satisfy judgment, interest, and costs against Karen Sheedy, Plaintiff

   (1)    You are directed to levy upon the property of the defendant and to sell his interest therein:

   (2)    You are also directed to attach the property of the defendant not levied upon in the possession of

_____ (Name of Garnishee), as garnishee.

_____ (Specifically Describe Property) and to notify the garnishee that

       (a)    an attachment has been issued;

       (b)    the garnishee is enjoined from paying any debt to or for the account of the defendant and from delivering any property of the defendant or otherwise disposing thereof;

   (3)    If property of the defendant not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

| | |
|---|---|
| Amount Due | $4,297.75 |
| Interest From | $1,205.00 |
| (Cost to be Added) | $_____ |

                                  MICHAEL E. KUNZ
                                  Clerk of Court

                                  By: _____
                                       (Deputy Clerk)

6/25/12
Seal of the Court:
MAJOR EXEMPTIONS UNDER PENNSYLVANIA AND FEDERAL LAW
1.    5300 statutory exemption
2.    Bibles, school books, sewing machines, uniforms and equipment
3.    Most wages and unemployment compensation
4.    Social security benefits

2

13479880v.2

# U.S. Department of Justice
## United States Marshals Service



**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF Karen Sheedy | COURT CASE NUMBER 03-CV-6394 |
|---|---|
| DEFENDANT City of Philadelphia et al | TYPE OF PROCESS Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Karen Sheedy (cell phone 267-261-2133)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
233 Aerlock Road, Ambler, PA 19002

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard Gilly (Defendant)
616 Admiral Drive, Suite 375
Annapolis, MD 21401 / ph. 215-514-4043

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual to be served works during business day. Business Address:
Yellow Book
2201 Renaissance Blvd
King of Prussia, PA 19406
bus. phone (610) 731-2500 — cell 267-261-2133

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☒ DEFENDANT
Richard Gilly, pro se

TELEPHONE NUMBER (215) 514-4043
DATE June 5, 2012

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 66 | No. 66 | Irene Foster | 6-26-12 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 08.10.12  Time: 12:55 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $495.00 | 75.48 | | $570.48 | (200.00) | $370.48 | — |

**REMARKS:**

7-13-12 - He is unable currently employed by Yellow Book. Returned unexecuted.
7-19-12 Endeavor - Karen Sheedy not in office for next 2 days (PDE)
7-26-12: "Liz" in HR states she is unable to determine if Sheedy is in the office.

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)